946 F.2d 900
 Anixter (Ivan A.), Kunkel (E.M.), Cross (Wynema, Norman C.,
Jr.), Cross & Co.
v.
Borch (Fred), Smith (J.), Ammidon (Hoyt), Dennler (William),
Gates (Thomas), Westfall (Ted), Bueche (Arthur), Gouldthorpe
(Hubert), McCune (Francis), Buda (Joseph), Horak (Joseph),
Hilburn (Earl), Waldron (Hicks), Lockton (John), Powers
(Peter), Thorner (Thomas), Grohne (William), Warren
(Beatrice), Bennett (Joseph), Continental Casualty Co., Fed.
Insurance Co., Amer. Home Assur. Co.
 NO. 91-5053
 United States Court of Appeals,
Tenth Circuit.
 OCT 23, 1991
 
 1
 Appeal From: N.D.Okl.
 
 
 2
 REVERSED.